DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00243-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




PETER S. ADAMS AND

LINDA WOOLLEY ADAMS,
§
 APPEAL FROM THE THIRD

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


RAMON L. WOOLLEY AND

LA MONA WOOLLEY, §
 HOUSTON COUNTY, TEXAS

APPELLEES





MEMORANDUM OPINION


PER CURIAM


 The parties have filed a joint motion to dismiss this appeal, which has been signed by
attorneys for all parties. The motion represents that the parties have entered into a settlement 
agreement disposing of all issues presented for appeal and all issues remaining in the trial court. 
Because the parties have met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted,
and the appeal is dismissed. 


Opinion delivered November 13, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.








(PUBLISH)